# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERRY LANGSTAFF, ET AL.,<br><br>    Petitioners,<br><br>    vs.<br><br>ALLEN A. MITCHELL, M.D.,<br>SAMUEL M. LESKO, M.D. and<br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>    Respondents. | Civil Action No. 04-mc-10137-WGY<br><br>**Related Civil Action:**<br>United States District Court for the Northern District of California, San Jose Division,<br>Civil Action No. 03-CV-01116-HRL<br>KERRY LANGSTAFF and<br>BRADSHAW LANGSTAFF,<br>Individually, and on Behalf of<br>KAITLYN SIERRA LANGSTAFF,<br>a minor child,<br>vs.<br>MCNEIL CONSUMER &<br>SPECIALTY PHARMACEUTICALS,<br>a Division of MCNEIL-PPC, INC.; and<br>JOHNSON & JOHNSON. |

Comes now Erika Geetter, and hereby files her Notice of Appearance as counsel for Respondents Allen A. Mitchell, M.D., Samuel M. Lesko, M.D., and Trustees of Boston University in the above-captioned case.

    Respectfully submitted,

    ALLEN A. MITCHELL, SAMUEL M. LESKO,
    TRUSTEES OF BOSTON UNIVERSITY,
    By their attorney,

    s/Erika Geetter
    Erika Geetter  (BBO #635083)
    Boston University
    Office of the General Counsel
    125 Bay State Road
    Boston, Massachusetts  02215
    phone:  (617) 353-2326
Date:  May 11, 2004    fax:  (617) 353-5529