IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KERRY LANGSTAFF, et al

        Respondents,

v.

ALLEN A. MITCHELL, M.D.,
SAMUEL M. LESKO, M.D., and
TRUSTEES OF BOSTON UNIVERSITY

        Petitioners.

§ **Civil Action No. 04-MBD-10137**
§
§ Related Civil Action:
§ United States District Court for the
§ Northern District of California, San
§ Jose Division
§ Civil Action No. 03-CV-01116
§ KERRY LANGSTAFF, et al vs.
§ MCNEIL CONSUMER &
§ SPECIALITY
§ PHARMACEUTICALS, et al
§
§

**ORDER ON RESPONDENTS' MOTION FOR EXPEDITED HEARING
PURSUANT TO LOCAL RULE 40.4 ON PETITIONERS MOTION TO
QUASH DEPOSITION SUBPOENAS AND SUBPOENAS DUCES TECUM
PURSUANT TO FED. R. CIV. P. 45(c)(3)(A) and (B)**

On the _____ day of _____, 2004, the Court considered Respondents' Motion for Expedited Hearing. After considering the motion, the Court GRANTS the motion and Orders that parties appear for a hearing on all matters in this Court between the parties on May _____, 2004 at _____.

Signed on the _____ day of _____, 2004.

_____
HONORABLE JUDGE